422 A.2d 698

Com. ex rel. Wessner v. Leibig, Appellant.

Sub-
mitted March 23, 1979.  Donald F. Spry, II, for appellant;
Dwight L. Danser, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

422 A.2d 698

Home Affiliates Inc. v. Bonaventure et al., Appellants.

Appeal of Rigler.

Submitted March 23, 1979.  Dorothy Rigler, in
propria persona, for appellant.  Joseph W. Lonergan, for
appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.